IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

JOAN OLSON, )
)
Plaintiff, )  CIVIL ACTION NO.:
)
vs. ) 2:11-CV-341-FtM-36SPC
)
UNITED STATES OF AMERICA, )
)
Defendant. )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JOAN OLSON, sues Defendant, UNITED STATES OF AMERICA, and alleges:

1. This is a cause of action against the United States of America which arises out of the Federal Tort Claims Act 28 USC §1346(b), 2671, et seq.

2. Claims were filed against the Defendant regarding the United States Postal Service by Joan Olson on July 29, 2010, pursuant to the Federal Tort Claims Act. (A copy of which is attached to this Complaint as Exhibit "A" and incorporated herein.) The United States Postal Service is an agency of the United States of America.

3. A response to said claim was made on August 5, 2010 (a copy of which is attached to this Complaint as Exhibit "B" and incorporated herein), but no offer to administratively resolve the claim has ever been made by Defendant.

4. No further correspondence has been received by Plaintiff from the Defendant and no attempt to resolve this matter has been forthcoming by Defendant. More than six months have transpired since the initiation of the administrative claim and Plaintiff has satisfied all conditions precedent to filing suit.

5. At all times material herein, the Plaintiff had been a resident of Lee County, Florida.

6. On or about July 18, 2009, Irma Iris Sanchez was an employee of the United States Postal Service and was provided with a vehicle for delivering mail for the United States Postal Service.

7. On and about said date, at the intersection of San Carlos Boulevard and Coconut in Bonita Springs, Lee County, Florida, Irma Iris Sanchez negligently operated a Ford government vehicle, causing said vehicle to come in contact with the vehicle driven by Plaintiff, Joan Olson.

8. At all times material herein, Irma Iris Sanchez was an agent or employee of the United States Postal Service and the United States of America.

9. As a result of the Defendant's negligence, the Plaintiff, Joan Olson suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. These losses are either permanent in nature or continuing and the Plaintiff, Joan Olson, will suffer the losses in the future.

******

WHEREFORE Plaintiff demands judgment for damages against the Defendant, United States of America, and a trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED,

_____
TIMOTHY M. O'BRIEN, Esquire
Florida Bar Number: 055565
Levin, Papantonio, Thomas, Mitchell,
  Rafferty & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
Pensacola, Florida 32591
850-435-7084
Attorney for Plaintiff