| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|
| 1. Submit To Appropriate Federal Agency:<br>United States Postal Service | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Ms. Joan Olson<br>c/o Timothy M. O'Brien, Esquire<br>316 South Baylen Street, Suite 600<br>Pensacola, Florida 32502 | |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>January 30, 1940 | 5. MARITAL STATUS<br>Widow | 6. DATE AND DAY OF ACCIDENT<br>July 18, 2009 | 7. TIME (A.M. OR P.M.)<br>2:15 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant, Joan Olson, was driving her 2006 Saturn east on San Carlos Boulevard in Bonita Springs, Lee County, Florida, when United States Postal Service employee, Irma Iris Sanchez, driving her U.S.P.S. delivery truck, failed to stop at the stop sign of the intersection at San Carlos Boulevard and Coconut Road.

Ms. Olson's vehicle was damaged and she did sustain personal injuries as a result of this accident.

| 9. | PROPERTY DAMAGE | |
|---|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Claimant's vehicle

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side.)
2006 Saturn Vue sustained damage to the front bumper & grille, fender, restrain systems, front door and rear door. Damage totalling $7,124.81. This vehicle was repaired and then was traded. Claimant does not know who has possession of said vehicle at this time (see attached repair invoice).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Ms. Olson sustained a left shoulder injury which required arthroscopic rotator cuff repair on September 1, 2009. Prior to this accident, Ms. Olson was an aid in a nursing home which required frequent lifting. Ms. Olson is no longer able to perform those duties and has been forced to quit her job. Ms. Olson incurred costs for her medical care in the amount of $51,633.34 (see attached medical bills); loss of income from her job in the amount of $17,680 (26 weeks off work @ 40 hours per week @ $8.50 per hour)

| 11. | | WITNESSES | |
|---|---|---|---|
| | NAME | | ADDRESS (Number, Street, City, State, and Zip Code) |
| | None | | n/a |

| 12. (See Instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) | |
| $7,124.81 | $300,000 | N/A | $307,124.81 | |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) Attorney for<br>Timothy O'Brien  Joan Olson | 13b. Phone number of person signing form<br>850-435-7084 | 14. DATE OF SIGNATURE<br>07/29/10 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

95-109  NSN 7540-00-634-4046  STANDARD FORM 95
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

EXHIBIT "A"

| INSURANCE COVERAGE ||
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. ||
| 15. Do you carry accident insurance? ☒ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☐ No ||
| Progressive American Insurance Company<br>4221 West Boy Scout Boulevard, Suite 400<br>Tampa, Florida 33607-5765 | Policy Number: 80294509 |

| 16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?  ☒ Yes  ☐ No | 17. If deductible, state amount. |
|---|---|
| Yes, I have filed a claim for medical expenses of $10,000, which has been paid. I also have filed a claim for property damage, for which there was a $500.00 deductible. | $0.00; $500.00 |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

My insurance company has paid $10,000 for a portion of my medical expenses as well as $6,624.81 for property damage (after I paid the $500 deductible).

19. Do you carry public liability and property damage insurance?  ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).  ☒ No

### INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

# EXHIBIT "A"

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C. DeBrino   ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>C. DeBrino   8/2/10 |
| 1. Article Addressed to:<br>United States Postal Service<br>Attn: Postmaster<br>26150 Old Highway 42 Rd<br>Bonita Springs, FL 34135 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0006 1204 1938 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT "A"**

*TORT CLAIMS INVESTIGATIONS*


**UNITED STATES POSTAL SERVICE**

RECEIVED AUG 10 2010

August 5, 2010

MR TIMOTHY O'BRIEN
ATTORNEY AT LAW
316 S. BAYLEN ST.  STE# 600
PENSACOLA FL  32505-5996

Ref:  USPS Case #          : 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b
      Date of Incident     : Saturday, July 18, 2009
      Your Client          : Joan Olson
      Receipt of Correspondence: August 4, 2010

Dear Mr. O'brien:

This is to acknowledge receipt of your correspondence for damages against the United States Postal Service in the amount of $307,124.81. Please be advised, counsel fees for claims presented under the Federal Tort Claims Act are regulated by 28 U.S.C. §2678 at 20%.

Subject correspondence is being processed pursuant to the Federal Tort Claims Act. Your file will be given careful consideration by the appropriate adjudicating authority, who has up to six months from the date your submission was received in order to effect resolution. You will be advised of the action taken upon completion of adjudication.

Any inquiries or additional information pertaining to this claim should be mailed to me at the address below.

Sincerely,

*[signature]*

Randy Vicedo
Tort Claims Coordinator
11902 N Florida Ave
Tampa FL  33612-5222

(813) 930-7723   FAX (651) 456-6654

**EXHIBIT "B"**