# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

JOAN OLSON,
    Plaintiff,

v.                                            CASE NO: 2:11-CV-341-FTM-36-SPC

UNITED STATES OF AMERICA,
    Defendant.
_____/

## O R D E R

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Doc. 10). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Notice of Voluntary Dismissal With Prejudice is APPROVED (Doc. 10).

    2)     This cause is dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

    3)     The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Fort Myers, Florida, on October 25, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record